■ ELEANOR MARTELL, Respondent, v. PHILIP MARTELL et al., Appellants.— In an action for an accounting of corporate income, assets and profits and for other relief, the appeal is from an order denying appellants' motion for summary judgment dismissing the complaint. The issues raised by the pleadings and the affidavits are at least sufficient to require a trial. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ SOPHIE E. METLIS, Appellant, v. MATTHEW E. METLIS, Respondent.— Appeals (1) from so much of an order as modified a judgment of separation, on respondent's motion, by reducing to $40 a week the amount of alimony provided for therein, and (2) from so much of another order as awarded a counsel fee, on appellant's cross motion, of only $100 for opposing respondent's motion. Orders, insofar as appealed from, affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ NUROCO WOODWORK, INC., Respondent, v. MAR-MES CONSTRUCTION Co., INC., Appellant.— In an action to recover, inter alia, a balance of $2,100 alleged to be due on a contract for the manufacture of millwork (first cause of action) and to recover $1,500 thereof on an account stated (second cause of action), the appeal is from an order of the City Court of New Rochelle, granting, on reargument, a motion under rule 114 of the Rules of Civil Practice for partial summary judgment in the sum of $1,500. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.